UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: AMAZON.COM, INC.,
FULFILLMENT CENTER FAIR LABOR
STANDARDS ACT (FLSA) AND
WAGE AND HOUR LITIGATION

Master File No. 3:14-md-2504
MDL Docket No. 2504

THIS DOCUMENT RELATES TO:
*Saldana et al. v. Amazon.com, LLC et al.*            Case No. 3:14-cv-290-DJH

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on January 27, 2016, with the following counsel participating:

    For Plaintiffs:    Diana M. Khoury
                               Janine R. Menhennet
                               Mark R. Thierman
                               Joshua D. Buck

    For Defendants:    Joseph A. Nuccio
                               Richard G. Rosenblatt
                               David R. Ongaro

The following counsel also appeared:    David W. Garrison
                                                     Peter D. Winebrake
                                                     J. Chris Sanders
                                                     Gerald L. Maatman, Jr.
                                                     Martha J. Keon

Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

    **ORDERED** as follows:

    (1)    Defendant SMX, LLC's Motion for Oral Argument on the Pending Motion for Preliminary Approval of Class Action Settlement (Docket No. 49) is **GRANTED**.

1

(2) The Court will hold a hearing on the motion for preliminary approval of class action settlement (D.N. 48) on **March 11, 2016, at 10:00 a.m.**, at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. At the hearing, counsel shall be prepared to discuss all issues raised in the motion for preliminary approval, including the proposed settlement, class certification, appointment of class counsel and representatives, and notice to class members. **Counsel for parties to the proposed settlement shall attend the hearing in person.** Other interested counsel may participate telephonically by dialing the toll-free number 1-877-402-9753 and entering access code 9073187# by **9:45 a.m. Eastern Time** on the day of the hearing. Counsel who wish to join the hearing by telephone shall contact Judge Hale's Case Manager, Natalie Thompson, at nthompson@kywd.uscourts.gov no later than **March 9, 2016**, to provide the name(s) of the individual(s) who will be calling.

January 27, 2016

                                                **David J. Hale, Judge**
                                                **United States District Court**

Court Time: 00/20
Court Reporter: Dena Legg