**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **IN RE: AMAZON.COM, INC., FULFILLMENT CENTER FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION**<br><br>This Document Relates to:<br>*Saldana v. Amazon.com, LLC*,<br>Case No. 14-CV-00290-DJH | Master File No. 3:14-md-2504<br>MDL Docket No. 2504<br><br>JUDGE:  HON. DAVID J. HALE<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Defendants Amazon.com, LLC, and Amazon.com Services LLC (into which Golden State FC, LLC merged effective January 1, 2019) ("Defendants" or "Amazon.com") hereby state that they do not oppose Plaintiff Khadijah Robertson's Motion for Order Granting Preliminary Approval of Class Action Settlement ("Motion") (MDL Dkt. # 265).

Dated:  May 6, 2020

Respectfully submitted,

s:/ Joseph A. Nuccio
MORGAN, LEWIS & BOCKIUS LLP
Richard G. Rosenblatt (admitted *pro hac vice*)
Joseph A. Nuccio (admitted *pro hac vice*)
502 Carnegie Center
Princeton, New Jersey 08540

Kathryn A. Quesenberry
DINSMORE & SHOHL LLP
101 South 5th Street, Suite 2500
Louisville, KY 40202
(502) 581-8025 (Telephone)
(502) 581-8111 (Facsimile)
kathryn.quesenberry@dinsmore.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed this 6th day of May, 2020, and served on the parties via the Court's ECF system.

                          /s/ Joseph A. Nuccio
                          *Attorneys for Defendants*
                          Amazon.com, LLC, and
                          Amazon.com Services LLC